# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 9, 2024

The Honorable Richard G. Andrews                    VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE  19801

Re:   *Fundamental Innovation Systems International LLC v. Anker Innovations Ltd., et al.,*
      *C.A. No. 21-339-RGA*

Dear Judge Andrews,

      Defendants Anker Innovations Ltd. and Fantasia Trading LLC (collectively, "Anker") provide this update on the status of case narrowing in the above action.  We asked plaintiff Fundamental Innovations Systems International LLC ("Fundamental") to join this status report, but Fundamental declined.

      On November 14, 2022, the Court entered an Order (D.I. 84, the "Case Narrowing Order") embodying the parties' proposal for a two-staged narrowing of asserted claims and prior art references.  Pursuant to the Case Narrowing Order, plaintiff Fundamental Innovations Systems International LLC ("Fundamental") reduced its asserted claims to 24 on February 9, 2023, and defendants Anker Innovations Ltd. and Fantasia Trading LLC (collectively, "Anker") reduced its asserted prior art to 16 total references and 64 combinations on March 10, 2023. Fundamental is required to further narrow the number of its asserted claims to no more than 12 within 2 weeks after the Court's entry of a claim construction order, and Anker is required to narrow its asserted prior art to no more than 12 total references and 24 combinations 2 weeks after Fundamental makes that second reduction.

      Pursuant to Local Rule 16.3(d)(1) and the Stipulation and [Proposed] Order to Modify Rule 16 Scheduling Order that the Court entered earlier today (D.I. 187), the Pretrial Order is due to be filed on February 16, 2024, the Pretrial Conference is scheduled for February 23, 2024, and trial is scheduled to begin on March 4, 2024.  The parties have met and conferred and agreed upon a schedule for the exchange of pretrial disclosures, but have not been able to agree on dates certain to complete the reduction of claims and prior art references contemplated by the Case Narrowing Order.

The Honorable Richard G. Andrews
January 9, 2024
Page 2

Anker's Proposal

In order to allow the parties to prepare a proposed pretrial order that will focus on the case that actually is to be tried, Anker proposed that Fundamental narrow its asserted claims to 12 claims on January 17, 2024, contemporaneous with circulating its draft of the pretrial order. Defendants proposed to narrow the prior art references to 12 total references and 24 prior art combinations for obviousness 14 days later after Fundamental narrows its asserted claims, on January 31, 2024, prior to circulating its response to the plaintiff's draft pretrial order.

Anker believes it would be inefficient and burdensome for the Court to have the parties prepare the Pretrial Order based on the currently asserted 24 patent claims, 16 prior art references and 64 prior art combinations, and then to subsequently revise the Pretrial Order when the parties narrow the scope of the case to 12 asserted patent claims, 12 prior art references, and 24 prior art combinations.

In response to this proposal, Fundamental advised Anker that it believes that the parties should abide by the existing Case Narrowing Order, although it would be willing to narrow the claims within three days after entry of the Court's claim construction order so long as Anker agrees to narrow its list of prior art within three days of Fundamental's selection of claims. However, this has the potential for the parties to be narrowing the asserted claims and prior art references at issue after they have exchanged their respective portions of the Pretrial Order and possibly after the Pretrial Order has been filed with the Court, necessitating additional work and the filing of an Amended Pretrial Order.

Anker respectfully requests that the Court enter its proposed schedule above to complete clam narrowing as an Oral Order on the docket. Anker is available at Your Honor's convenience if the Court has any questions about the forgoing.

Respectfully,

/s/ John G. Day

John G. Day (#2403)

JGD/nml

cc:      Counsel of Record (via electronic mail)

{01800467;v1 }