

January 25, 2024

**VIA E-FILING**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   *Fundamental Innovation Systems International LLC v. Anker Innovations Ltd, et al.*
      <u>C.A. No. 21-cv-339-RGA</u>

Dear Judge Andrews:

Pursuant to the Court's Oral Order (D.I. 194), the parties provide the following update on the '550 patent.

The PTAB held a hearing on the '550 Patent on November 7, 2023. At the hearing, the Board was informed of the pending trial in March. Plaintiff's counsel is informed that, on a recent call with the paralegal at the Board, the PTAB expects to issue a decision on the '550 patent in March, with a slight possibility of a decision issuing earlier, but something the parties should not count on.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

cc: Counsel of Record (Via E-Filing)