

February 9, 2024

**VIA E-FILING**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325; Unit 9
Wilmington, DE 19801-3555

    Re:    *Fundamental Innovation Systems International v. Anker Innovations Ltd. et al.* **(C.A. No. 21-cv-339-RGA)**

Dear Judge Andrews,

    Pursuant to Your Honor's February 8, 2024 Oral Order (D.I. 202), enclosed please find the Equity Research Report.

    We are available at the Court's convenience should Your Honor have any questions.

                        Respectfully submitted,

                        /s/ Brian E. Farnan

                        Brian E. Farnan

cc: Counsel of Record (via E-Filing)

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777–0300 · FAX: (302) 777–0301 · WWW.FARNANLAW.COM