*Filed in open Court This 7th day of March, 2025*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC., <br><br> Plaintiff, <br><br> v. <br><br> ANKER INNOVATIONS LTD. AND FANTASIA TRADING LLC D/B/A ANKERDIRECT, <br><br> Defendants. | C.A. No. 21-339-RGA |

## VERDICT FORM

In the verdict form:

1. Fundamental refers to Fundamental Innovation Systems International, LLC.

2. Anker refers to Anker Innovations Ltd. and Fantasia Trading LLC D/B/A AnkerDirect, collectively.

3. The '936 patent refers to U.S. Patent No. 6,936,936.

4. The '111 patent refers to U.S. Patent No. 7,239,111.

5. The '223 patent refers to U.S. Patent No. 7,453,223.

6. The '550 patent refers to U.S. Patent No. 8,624,550.

I. Infringement

Directions: In each blank space below, if Fundamental has proven by a preponderance of the evidence that the Anker product type infringed the respective patent claim, write "yes." Otherwise, write "no."

| Product Type | Claim 84 of the '936 Patent | Claim 1 of the '111 Patent | Claim 1 of the '233 Patent | Claim 3 of the '550 Patent |
|---|---|---|---|---|
| Type-A Wall Chargers | YES | YES | YES | YES |
| Car Chargers | YES | YES | YES | YES |
| Type-C Wall Chargers | YES | YES | YES | YES |
| Power Strips | YES | YES | YES | YES |
| Desktop Chargers | YES | YES | YES | YES |
| Power Banks (with plugs) | YES | YES | YES | YES |
| No-Plug Power Banks | | | | YES |

Directions: If you answered "Yes" to any of the above questions, please answer the questions below. Otherwise, please proceed to the end and sign the verdict form.

II. Damages

What is the total amount that Fundamental has proven by a preponderance of the evidence that it is entitled to be paid to fairly compensate it for Anker's infringement?

$ 27,276,438 @ $.50 = 13,638,219.

III. Willfulness

Has Fundamental proven by a preponderance of the evidence that Anker willfully infringed any asserted claim?

Yes: ✓    No: _____

## Unanimous Verdict

After completing the verdict form, you should review it to ensure that it accurately reflects your unanimous determinations. The Foreperson should sign and date the form, and each juror should sign below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

We, the jury, unanimously agree to the answers to the above questions and return them under the instruction of this Court as our verdict in this case.

03-07-2025
Date

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror