

March 19, 2025

**VIA E-FILING**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *Fundamental Innovation Systems International LLC v. Anker Innovations Ltd, et al.*
<u>C.A. No. 21-cv-339-RGA</u>

Dear Judge Andrews:

    Plaintiff writes to respectfully request that the parties be ordered to attend a mediation with a mediator mutually agreeable to the parties. Plaintiff submits that requiring the parties to attend mediation may help resolve this action while preserving judicial and party resources.

    We are available at the Court's convenience should Your Honor have any questions.

                              Respectfully submitted,

                              /s/ Michael J. Farnan

                              Michael J. Farnan

cc: Counsel of Record (Via E-Filing)