# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 21, 2025

The Honorable Richard G. Andrews    VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE  19801

Re: *Fundamental Innovation Systems International LLC v. Anker Innovations Ltd. et al.*, C.A. No. 21-339-RGA

Dear Judge Andrews:

    Anker was unaware of Fundamental's plan to ask the Court to order mediation, which we learned of for the first time when we received its March 19, 2025 letter to the Court (D.I. 344).  We believe it would be more appropriate for the parties to discuss the parameters of any mediation before getting the Court involved.

    We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ John G. Day*

John G. Day (#2403)

JGD/nml
cc:   Counsel of Record (via electronic mail)

{02104041;v1 }