IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC,

Plaintiff,

v.

ANKER INNOVATIONS LTD. and FANTASIA TRADING LLC d/b/a ANKERDIRECT,

Defendants.

Civil Action No. 21-339-RGA

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion for Judgment as a Matter of Law, or, in the Alternative, for Remittitur or a New Trial (D.I. 396) is GRANTED IN PART AND DENIED IN PART. Defendants' Rule 50(a) Motion (D.I. 333), Plaintiff's Rule 50(a) Motion (D.I. 334), and Plaintiff's Motion for Enhanced Damages and Prejudgment and Post-judgment Interest (D.I. 393) are DISMISSED AS MOOT.

IT IS SO ORDERED this 29th day of September 2026.

Richard G. Andrews
United States District Judge