IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANKER INNOVATIONS LTD. and FANTASIA TRADING LLC d/b/a ANKERDIRECT,<br><br>Defendants. | Civil Action No. 21-339-RGA |

**FINAL JUDGMENT**

Final Judgment is entered for Defendants Anker Innovations Ltd. and Fantasia Trading LLC d/b/a AnkerDirect and against Plaintiff Fundamental Innovation Systems International LLC.

IT IS SO ORDERED this 8th day of October 2026.

Richard G. Andrews
United States District Judge