AO 120 (Rev. 08/10)

| | |
|---|---|
| TO: **Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the District of Delaware on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 21cv339-RGA | 3/5/2021 | for the District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Fundamental Innovation Systems International LLC | Anker Innovations Ltd. and Fantasia Trading LLC d/b/a AnkerDirect |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US 7,239,111 B2 | 7/3/2007 | Fundamental Innovation Systems International LLC |
| 2 US 8,624,550 B2 | 1/7/2014 | Fundamental Innovation Systems International LLC |
| 3 US 7,453,233 B2 | 11/18/2008 | Fundamental Innovation Systems International LLC |
| 4 US 6,936,936 B2 | 8/30/2005 | Fundamental Innovation Systems International LLC |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| see attached Order. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Randall C. Lohan | A. Scott | 10/8/2026 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**